NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PARKWOOD ASSOCIATES LIMITED PARTNERSHIP,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2011-5096

---

Appeal from the United States Court of Federal Claims in case no. 07-CV-742, Judge Francis M. Allegra.

---

**JUDGMENT**

---

C. CLAYTON GILL, Moffatt, Thomas, Barrett, Rock & Fields, Chtd., of Boise, Idaho, argued for the plaintiff-appellant.

SHALOM BRILLIANT, Senior Trial Counsel, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With him on the brief were TONY WEST, Assistant Attorney General, JEANNE E. DAVIDSON, Director, and BRIAN M. SIMKIN, Assistant Director.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, MOORE, and O'MALLEY, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| February 13, 2012 | /s/ Jan Horbaly |
|:---:|:---:|
| Date | Jan Horbaly |
| | Clerk |